_____

No. 96-1617

_____

Huntsman Farms, Inc.; Keith        *
Huntsman; Howard Huntsman;         *
Wesley Huntsman; Tommy Wachtel,    *
                                   *
         Appellants,               *       Appeal from the United States
                                   *       District Court for the
    v.                             *       Eastern District of Arkansas.
                                   *          [UNPUBLISHED]
Mike Espy, Secretary, United       *
States Department of               *
Agriculture,                       *
                                   *
         Appellee.                 *

_____

Submitted:  December 11, 1996

    Filed:  January 14, 1997

_____

Before WOLLMAN and MURPHY, Circuit Judges, and TUNHEIM,[1] District
    Judge.

_____

PER CURIAM.

Huntsman Farms, Inc., and four persons who rented land from Huntsman Farms--Keith Huntsman, Howard Huntsman, Wesley Huntsman, and Tommy Wachtel--appeal from the district court's[2] decision in favor of the Secretary of Agriculture.  Appellants brought an action for review of the Secretary's decision denying certain commodity deficiency payments for the crop years 1986 and 1987 and denying interest on payments made for crop year 1987. Having considered the arguments and briefs submitted by the parties, we

_____

[1]The HONORABLE JOHN R. TUNHEIM, United States District Judge for the District of Minnesota, sitting by designation.

[2]The Honorable Elsijane T. Roy, United States District Judge for the Eastern District of Arkansas.

affirm for the reasons stated in the district court's comprehensive, well-written opinion.  <u>See</u> 8th Cir. R. 47B.

Appellants' motion to supplement the record is denied.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.